**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)*: _____    Chapter **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Powder Mill Towing, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **22-3039604** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **25208 Echo Lake Drive** <br> **Wharton, NJ 07885** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Morris** <br> County | Location of principal assets, if different from principal place of business <br> **467 Chancellor Ave Irvington, NJ 07111** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Powder Mill Towing, Inc.**        Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Powder Mill Towing, Inc.**   Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**
*Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other
**Where is the property?**
   Number, Street, City, State & ZIP Code
**Is the property insured?**
☐ No
☐ Yes. Insurance agency
     Contact name
     Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**
*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Powder Mill Towing, Inc.**                                          Case number (*if known*)
        Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor **Powder Mill Towing, Inc.**     Case number (*if known*) _____
    Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 20, 2024**
                 MM / DD / YYYY

**X** **/s/ Yelena Volosov**            **Yelena Volosov**
    Signature of authorized representative of debtor     Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Dean G. Sutton, Esq.**        Date **May 20, 2024**
   Signature of attorney for debtor            MM / DD / YYYY

**Dean G. Sutton, Esq. DS-1910**
Printed name

**Dean G. Sutton, Esquire**
Firm name

**18 Green Road**
**P.O. Box 187**
**Sparta, NJ 07871**
Number, Street, City, State & ZIP Code

Contact phone    **973-729-8121**      Email address _____

**DS-1910 NJ**
Bar number and State

```
Ally
 P.O. Box 951
Horsham, PA 19044


AVAYA INC
 PO BOX 5332
New York, NY 10087


Beacon Funding Corp
3400 Dundee Road, Suite 180
Northbrook, IL 60062


Beacon Funding Corp
3400 Dundee Road, Suite 180
Northbrook, IL 60062


Chase Auto Finance
PO Box 78232
Phoenix, AZ 85062-8332


County Welding Supply Co
PO BOX 518 69E Dewey Ave.
Wharton, NJ 07885


Credit Collection Services
PO BOX 55126
Boston, MA 02205-5126


Cutum Bandag INC
401 Linden Ave.
Linden, NJ 07036


EMB Littleton Rd
333 Littleton Rd.
Parsippany, NJ 07054


EZ Pass
Toll By Mail Processing Center
PO BOX 15183
Albany, NY 12212-5183


First Commonwealth Equipment Finance
920 Cassatt Road, Suite 310
Berwyn, PA 19312
```

```
First-Citizens Bank & Trusty Co
21146 Network Place
Chicago, IL 60673


First-Citizens Bank & Trusty Co
21146 Network Place
Chicago, IL 60673


Great American
PO BOX 660831
Dallas, TX 75266-0831


Great American
PO BOX 660831
Dallas, TX 75266-0831


H.K Truck Center
2624-A Hamilton Blvd
South Plainfield, NJ 07080


Macmillan Oil
1715 E Tremont Street
Allentown, PA 18109


N&D Parsipanny LLC Office space



Napa Auto Parts
PO BOX 414988
Boston, MA 02241-4988


Navitas Credit Corp.
PO Box 935204
Atlanta, GA 31193-5204


Navitas Credit Corp.
PO Box 935204
Atlanta, GA 31193-5204


Nielson
175 Route 10 East
PO BOX 349
East Hanover, NJ 07936
```

```
NJ Tuurnpike Authority
NJ Ez Pass
PO Box 4971
Trenton, NJ 08650


NY State Thruway
Violation Processing Center
PO BOX 15186
Albany, NY 12212-5186


Parsippany Exon



Parsippany Fuel



PNC Bank
PO BOX 747032
Pittsburgh, PA 15274-7033


PNC Bank
PO BOX 747032
Pittsburgh, PA 15274-7033


PNC Equipment Finance
PO BOX 931034
Cleveland, OH 44193-0004


Proffecional Account Management LLC
NY State Tolls
PO Box 500
Horseheads, NY 14845-0500


Pye Barker
10 Progress St.
Union, NJ 07083


Ready Capital Lending, LLC
PO Box 27728
Atlanta, GA 30384-7280
```

```
ReadyCap Lending, LLC
Aronsohn, Weiner, Salerno & Kaufman, PC
21 Main Street, Suite 100
Court Plaza South - East Wing
Hackensack, NJ 07601


Reindeer Consultants
705 Cross Street Suite 271
Lakewood, NJ 08701


Santander
PO Box 847386
Boston, MA 02284


Santander
PO Box 847386
Boston, MA 02284


T-Mobil
PO BOX 742596
Cincinnati, OH 45274-2596


The Huntington National Bank
PO Box 77077
Minneapolis, MN 55480


Transworld Systems Inc
500 Virginia Drive Suite 514
Fort Washington, PA 19034


UniFirst
250 Civic Center Dr Suite 300
Columbus, OH 43215


Western
503 Hwy 2W, PO BOX 640
Devils Lake, ND 58301
```

# United States Bankruptcy Court
### District of New Jersey

In re  **Powder Mill Towing, Inc.**  
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Powder Mill Towing, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 20, 2024  
Date

/s/ Dean G. Sutton, Esq.  
**Dean G. Sutton, Esq. DS-1910**  
Signature of Attorney or Litigant  
Counsel for **Powder Mill Towing, Inc.**  
**Dean G. Sutton, Esquire**  
**18 Green Road**  
**P.O. Box 187**  
**Sparta, NJ 07871**  
**973-729-8121 Fax:973-729-6685**