UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

_____

Robert M. Kline, Esquire

Wright Law Group, PLLC

228 Park Ave. S, PMB 84356

New York, NY 10003

Tel/Fax 315-234-3593

Email: rmk@replevin.com

Attorney for Unifi Equipment Finance, Inc.

_____

| | | |
|---|---|---|
| POWDER MILL TOWING, INC. | : | Case No. 24-15069- RG |
| Debtor | : | Chapter 7 |
| | : | Hearing Date:  7/23/2024 @ 10:00 AM |
| _____ | | Judge: Rosemary Gambardella |

CERTIFICATE OF NO OBJECTIONS OR RESPONSES

The undersigned counsel for Debtor hereby certifies that on June 25, 2024 he served a copy of the Notice of Motion for Relief from Automatic Stay and all accompanying papers on the Debtor's counsel, and the Chapter 7 Trustee and all interested parties via ECF and via regular mail postage prepaid upon the debtor, and that to date no objections or responses to the motion have been received or filed.

/s/ Robert M. Kline

Robert M. Kline, Esquire

Dated:  July 19, 2024